SEAN P. NALTY, CA Bar No. 121253
sean.nalty@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
One Embarcadero Center, Suite 900
San Francisco, CA  94111
Telephone:   415-442-4810
Facsimile:    415-442-4870

Attorneys for Defendant
THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA

ROBERT J. ROSATI, CA Bar No. 112006
robert@erisalg.com
RAQUEL M. BUSANI, CA Bar No. 323162
raquel@erisalg.com
6485 N. Palm Avenue, Suite 105
Fresno, CA  93704
Telephone:   559-478-4119
Facsimile:    559-478-5939

Attorneys for Plaintiff,
MICHEL BENNETT

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHEL BENNETT,<br><br>           Plaintiff,<br><br>      v.<br><br>THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA,<br><br>           Defendants. | Case No. 1:22-cv-00537-JLT-SKO<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>(Doc. 9)<br><br>Complaint Served: May 10, 2022<br>Current Response Date: June 14, 2022<br>New Response Date:   June 28, 2022<br><br>Complaint Filed: May 4, 2022<br>Trial Date:          None Set<br>Judge:               Hon. Jennifer L. Thurston |

Based on the Stipulation of the Parties (Doc. 9), and good cause appearing therefor, Defendant the Guardian Life Insurance Company of America has to June 28, 2022, to file a response to the complaint in this matter.

IT IS SO ORDERED.

Dated:   **June 16, 2022**                                   /s/ *Sheila K. Oberto*
                                                                      UNITED STATES MAGISTRATE JUDGE